# UNITED STATES DISTRICT COURT
## for the
### District of Connecticut

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | Case No.   0205 3:20CR00187-002 |
| ) | |
| Shamonique Kupri Mackey ) | |
| *Defendant* ) | |
| ) | |
| ) | |

True Copy
ATTEST:
DINAH MILTON KINNEY
Clerk, U.S. District Court
By _____
Deputy Clerk

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☑ Order of the Court

| Place: | Honorable Janet C. Hall<br>U.S. District Judge<br>Richard C. Lee United States Courthouse<br>New Haven, CT 06510 | Courtroom No.: | 1 |
|---|---|---|---|
| | | Date and Time: | November 2, 2022   2:00 PM |

This offense is briefly described as follows:

Ms. Mackey has violated the conditions of her probation by failing to make restitution payments as ordered, not providing required financial paperwork and not following instructions of the probation office.

Date:  October 19, 2022                                          _____
                                                                                   *Issuing officer's signature*

                                                                                   Julia Reis, Deputy Clerk
                                                                                   *Printed Name and Title*

I declare under penalty of perjury that I have:

☐ Executed and returned the summons            ☐ Returned the summons unexecuted

Date: _____                   _____
                                                                                   *Server's signature*

                                                                                   _____
                                                                                   *Printed name and title*